

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00271-CR

**EX PARTE** Francisco **DE AQUINO PEREZ**

From the County Court, Kinney County, Texas
Trial Court No. 13323CR
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 23, 2025.

_H. Todd McCray_
H. Todd McCray, Justice

---

[1] Senior Judge Susan D. Reed signed the order denying the habeas corpus relief at issue in this appeal.